United States District Court
Southern District of Texas

**ENTERED**

September 24, 2020

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CEDRIC B. LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-554 |
| | § | |
| ED GONZALEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum and Order issued today, this case is

dismissed.

SIGNED on September 24, 2020, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge